UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OCEAN WALK RESORT CONDOMINIUM
ASSOCIATION, INC., a Florida Corporation,
and ASPEN SPECIALTY INSURANCE
COMPANY, a North Dakota Corporation, as
subrogee of OCEAN WALK CONDOMINIUM
ASSOCIATION, INC.,

CASE NO. 6:16-CV-00273-ORL-22GJK

Plaintiffs,

vs.

FIRE & LIFE SAFETY AMERICA, INC., a
Virginia corporation,

Defendant.
_____/

## MOTION FOR ROBERT E. WILENS
## TO APPEAR *PRO HAC VICE*

Pursuant to Rule 2.02 of the Local Rules of the Middle District of Florida, Robert E. Wilens ("Petitioner") of the law firm of Clausen Miller, P.C., located at 10 S. La Salle Street, Chicago, IL 60603-1098, hereby petitions this Court for permission to appear *pro hac vice* on behalf of the Plaintiffs, OCEAN WALK RESORT CONDOMINIUM ASSOCIATION, INC., a Florida Corporation, and ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Corporation, as subrogee of OCEAN WALK CONDOMINIUM ASSOCIATION, INC., in this action. In support, Petitioner states as follows:

1. Petitioner is a member in good standing of the bar of the State of Illinois and the State of Missouri. Petitioner is also a member in good standing of the United States District Courts for the Northern District of Illinois, the Central District of Illinois, the Southern District of Illinois, and the Western District of Wisconsin. Petitioner is also a member in good standing of the Seventh Circuit Court of Appeals and the U.S. Supreme Court.

26749151 v1

2. Petitioner is not a resident of Florida, is not a member of the Florida Bar, is not admitted to practice in the Middle District of Florida, and has not appeared in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

3. Petitioner has reviewed and is familiar with the Local Rules of the Middle District of Florida and submits to the jurisdiction of this Court for discipline purposes.

4. Petitioner states that Peter C. Vilmos, Esq., of the law firm of Burr & Forman LLP, has been designated as local counsel in this action, upon whom all notices and papers may be served and who will be responsible for the progress of the case, including trial.

5. Petitioner certifies that he has submitted to the Clerk's office the Special Attorney Admission Certification and a check representing the fee required pursuant to Local Rule 2.01(d) and that, upon entry of an order granting his *pro hac vice* admission, he will comply with the e-mail registration requirements of Local Rule 2.01(d).

WHEREFORE, Robert E. Wilens petitions the Court to allow him to appear *pro hac* vice on behalf of the Plaintiffs in this matter pursuant to Rule 2.02 of the Local Rules of the Middle District of Florida, together with such additional relief as the Court deems just and proper.

## Local Rule 3.01(g) Certification

The Defendant has not yet identified counsel, nor does this type of motion normally require a conference with opposing counsel.

Respectfully submitted,

_____
Peter C. Vilmos, Esquire
Florida Bar No. 75061
Primary Email: pvilmos@burr.com
Secondary Email: nwmosley@burr.com
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601

Robert E. Wilens, Esq. (*pro hac* applicant)
Illinois Bar No. 6204754
Missouri Bar No. 48273
Email: rwilens@clausen.com
CLAUSEN MILLER, P.C. Firm #90181
10 S. La Salle Street
Chicago, IL 60603-1098
Telephone: (312) 855-1010
Facsimile: (312) 606-7500
*Attorneys for Plaintiffs, OCEAN WALK RESORT CONDOMINIUM ASSOCIATION, INC. and ASPEN SPECIALTY INSURANCE COMPANY*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 25, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will provide a copy of this filing by regular mail to: Fire & Life Safety America, Inc., c/o CT Corporation, Registered Agent, 1200 S. Pine Island Road, Plantation, FL 33324.

_____
Peter C. Vilmos, Esquire