# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OCEAN WALK RESORT
CONDOMINIUM ASSOCIATION, INC.
and ASPEN SPECIALTY INSURANCE
COMPANY,**

     **Plaintiffs,**

**v.**              **Case No:   6:16-cv-273-Orl-22GJK**

**FIRE & LIFE SAFETY AMERICA,
INC.,**

     **Defendant.**

_____

## ORDER

   This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ROBERT E. WILENS TO APPEAR** *PRO HAC VICE* **(Doc. No. 4)** |
| **FILED:** | **February 25, 2016** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

   The motion to appear *pro hac vice* of Robert E. Wilens, Esq. (Doc. No. 4), is **GRANTED**,

provided counsel **shall register for and use the electronic filing system** as adopted by the Court.

After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in

this case.   Counsel can register for a CM/ECF login password through the website at

www.flmd.uscourts.gov under "CM/ECF."   Counsel admitted to appear *pro hac vice* must take

the tutorial offered on the website before using the system.

Local counsel, Peter C. Vilmos, Esq., fully assumes all responsibilities set forth in Local Rule 2.02, including responsibility for trial in default of the non-resident attorney.   If local counsel is unwilling to assume all required responsibilities, a written designation and consent to act by another local attorney must be filed within ten days of the date of this order.

**DONE** and **ORDERED** in Orlando, Florida on February 25, 2016.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties