UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:16-CV-00273-ORL-22GVK

OCEAN WALK RESORT CONDOMINIUM
ASSOCIATION, INC., a Florida Corporation, and
ASPEN SPECIALTY INSURANCE COMPANY, a
North Dakota Corporation, as subrogee of OCEAN
WALK CONDOMINIUM ASSOCIATION, INC.,

   Plaintiffs,

vs.

FIRE & LIFE SAFETY AMERICA, INC., a
Virginia corporation,

   Defendant.
_____/

## NOTICE OF FILING ORIGINAL AFFIDAVIT OF SERVICE
## AND SUMMONS AS TO FIRE & LIFE SAFETY AMERICA, INC.

Plaintiffs, OCEAN WALK RESORT CONDOMINIUM ASSOCIATION, INC., a Florida Corporation, and ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Corporation, as subrogee of OCEAN WALK CONDOMINIUM ASSOCIATION, INC., by and through its undersigned counsel, hereby files the attached original Affidavit of Service and Summons as to Defendant, Fire & Life Safety America, Inc., a Virginia corporation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of Februrary, 2016, I electronically filed the foregoing through the Florida Courts E-Filing Portal and sent a copy of the electronic filing by U.S. Mail to: Fire & Life Safety America, Inc., c/o CT Corporation, Registered Agent, 1200 S.

Pine Island Road, Plantation, FL 33324.

          Respectfully submitted,

          _____
          Peter C. Vilmos, Esquire
          Florida Bar No. 75061
          Primary Email: pvilmos@burr.com
          Secondary Email: nwmosley@burr.com
          **BURR & FORMAN LLP**
          200 S. Orange Avenue, Suite 800
          Orlando, FL 32801
          Telephone: (407) 540-6600
          Facsimile: (407) 540-6601
          *Attorneys for Ocean Walk Resort Condominium Association, Inc., a Florida Corporation, and Aspen Specialty Insurance Company, a North Dakota corporation, as subrogee of Ocean Walk Condominium Association, Inc.*

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:16-CV-273-ORL-22-GVK

Plaintiff:
**Ocean Walk Resort Condominium etc., et al**

vs.

Defendant:
**Fire & Life Safety America, Inc.**


LAB2016002460

For:
Peter C. Vilmos, Esq.
Burr & Foreman LLP
200 S. Orange Ave.
Ste. 800
Orlando, FL 32801

Received by Aallen Bryant & Associates, Inc. on the 18th day of February, 2016 at 11:18 am to be served on **Fire & Life Safety America, Inc c/o CT Corporation, Registered Agent, 1200 S Pine Island Road, Plantation, FL 33324.**

I, Eric Deal, being duly sworn, depose and say that on the **18th day of February, 2016 at 1:30 pm**, I:

**CORPORATE:** served the within **Corporation** by delivering a true copy of the **Summons; Complaint and Jury Demand** with the date and hour of service endorsed thereon by me to **CT Corporation System** as Registered Agent, at **1200 South Pine Island Road, Plantation, FL 33324** pursuant to F.S. 48.081(3).

**Additional Information pertaining to this Service:**

For contact Donna Moch, Senior Corporate Operations Manager.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 18th day of February, 2016 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

EVERTON E. BAGGOO
Notary Public - State of Florida
My Comm. Expires Jan 5, 2017
Commission # EE 843775
Bonded Through National Notary Assn.

_____
Eric Deal
SPS 336

Aallen Bryant & Associates, Inc.
P.O. Box 3828
Orlando, FL 32802
(800) 228-3463

Our Job Serial Number: LAB-2016002460

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0l

AO 440 (Rev. 06/12) Summons in a Civil Action

#1910

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

OCEAN WALK RESORT CONDOMINIUM ASSOCIATION, INC., a Florida Corporation, and ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Corporation, as subrogee of

*Plaintiff(s)*

v.

FIRE & LIFE SAFETY AMERICA, INC., a Virginia corporation,

*Defendant(s)*

Civil Action No. 6:16-CV-273-Or1-22GJK

CT Corp. R/A
2-18-16 1:30 pm
Eric Deal #336

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Fire & Life Safety America, Inc., a Virginia corporation, c/o CT Corporation, Registered Agent, 1200 S. Pine Island Road, Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Peter C. Vilmos, Esquire, Burr & Forman LLP, 200 S. Orange Avenue, Suite 800, Orlando, FL 32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/17/16

*Signature of Clerk or Deputy Clerk*