# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

OCEAN WALK RESORT
CONDOMINIUM ASSOCIATION, INC.
and ASPEN SPECIALTY INSURANCE
COMPANY,

        Plaintiffs,

v.                            Case No:  6:16-cv-273-Orl-22GJK

FIRE & LIFE SAFETY AMERICA,
INC.,

        Defendant.

_____

## ORDER OF TRANSFER

It is hereby ORDERED that this case is transferred to the Honorable Roy B. Dalton, Jr.,

pursuant to Local Rule 1.04(b), Middle District of Florida, and with his consent, to be considered

with *Certain Underwriters at LLoyd's of London, etc. v. Fire & Life Safety America, Inc.*, Case

No. 6:16-cv-258-Orl-37GJK.

DONE and ORDERED in Chambers, in Orlando, Florida on March ___2___, 2016.

                                                    JOHN ANTOON II
                                                    United States District Judge
                                                    (signed in the absence of
                                                        Judge Anne C. Conway)

Copies furnished to:

Counsel of Record
Unrepresented Parties